# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

2022 AUG -5  PM 4:05

DEPUTY CLERK ___MS___

Plaintiff: Mae Rushing

v.

Defendant: Exeter Finance

Civil Action No. 3-22CV1704-G

## COMPLAINT

On March 4th 2020, I entered into a consumer credit transaction with Exeter finance. I was not aware of the violations in my car contract until I took a look over it in May 2022. I notified Exeter Finance of all the violation under the Truth In Lending Act on 05/26/2022 certified mail. The finance charge is the sum of all charges and I put that in the letter that was sent to Exeter Finance. I was not clearly and conspicuously told of my right of rescission with this consumer credit transaction. I exercised my right of rescission on 05/26/2022 as well. I notified Exeter finance that when doing a right of rescission all money is supposed to be returned within 20 days of notice. Exeter finance responded and said I would still be held liable for the contract. I would like Exeter Finance to return all money paid, pay me for all violations under the Truth In Lending Act ($3,000), grant me my title lien free, all violations I sent to them under the Fair Debt Collection practices act ($1,000) as well as $10,000 of emotional damages and update any negative credit reporting.

* Attach additional pages as needed.

Date: August 5th 2022
Signature: Mae Rushing
Print Name: Mae Rushing
Address: 12500 Merit Dr Apt 6316
City, State, Zip: Dallas Texas 75251
Telephone: 682-337-1143

Right to Rescind
05/16/2022
Mae Rushing
12500 Merit Dr Apt 6316
Dallas TX 75251

Hudiburg Chevrolet
6000 Tinker Diagnal
Midwest City, OK
73110

RE: Right of Rescission

Dear Hudiburg Chevrolet
  I, Mae Rushing, Original Creditor and Natural Woman hereby rescind my consent to be liable to perform on this contract agreement I entered with Hudiburg Chevrolet on 03/04/2020.

I entered into this contract agreement with Hudiburg Chevrolet without 1). Full disclosure of my right to rescind. 2). Transparency regarding the process of the consumer credit application being a financial asset. (12 CFR 3606)(2).)

as well as self-liquidating paper (17 CFR 260.11 (6-(6))). I have reason to believe that Hudiburg Chevrolet willingly and knowingly took advantage of me and my consumer credit.

I am not terminating or canceling this contract. I am deducting my liability to pay on behalf of the obligor and I have found several violations and fraud. Notice that Pursuant to Title 15 U.S. Code 1635(b) upon receipt of this rescission I am not liable for any finance charge, security interest, etc. becomes void effective immediately.

Pursuant to 15 U.S. Code 1692h debt collectors may not apply such payments which is disputed by consumer and I am as why for all payments to be returned

Payment Reimbursement shall be made by check payable to:
  Mae Rushing
  12500 Merit Dr Apt 6316
  Dallas TX 75251

Affidavit Right To Rescind
05/16/2022

Mae Rushing
12500 Merit Dr Apt 6316
Dallas Texas 75251

Hudiburg Chevrolet
6000 Tinker Diagonal
Midwest City, OK
73110

RE: Affidavit of Truth

This Rescission notice is made Pursuant to CFPB 1026.23 Right of Rescission as I was never told that I had 3 days to rescind the agreement nor was I given the notices that come along with all consumer credit transactions.

Furthermore, you, Hudiburg Chevrolet, failed to clearly & conspicuously disclose my right to rescind.

I, Mae Rushing, participated in a consumer credit transaction and not a loan Pursuant to Title 15 U.S. Code § 1602(i):

Take further notice that Pursuant to Title 15 U.S. Code § 1605, the finance charge in connection with any consumer credit transaction shall be determined as the sum of all charges which was never disclosed to me by your organization in direct violation of this law;

Pursuant to Title 15 U.S. Code § 1611(1)(3), you can be fined up to $5000.00 for giving false, inaccurate information and failure to provide information which is required to disclose and in this case you, Hudiburg Chevrolet, willfully did when you failed to disclose and provide all information clearly to me as a consumer.

Notice that Pursuant to Title 15 U.S. Code § 1635(b), upon receipt of this rescission I am not liable for any finance charge, security interest, etc. becomes void effective immediately.

Take further notice that 20 days after your receipt of this notice you have to return any money or property given and also terminate and reflect that termination of the security interest placed on the property which in this case is a 2017 Jeep Cherokee  VIN# 1C4PJLCB7HW586294

Your failure to comply with this rescission will result in a civil liability for fraud Pursuant to Title 15 U.S. Code § 1640

This Affidavit of Truth is dated on the 16th of May in the year 2022

Rushing- Mae- Miekel L'gnn

Without Prejudice, All Natural Inalienable Rights Reserved

Seal  
Jurat  
State of Texas  
Count of Dallas  
Subscribed and sworn before me this 23 day of May, A.D. 2022  
WITNESS my hand and official seal  
Signature of Notary Public   Heather H



HEATHER HERNANDEZ  
My Notary ID # 132228016  
Expires October 28, 2023

Regards,
Bushing Mae Mieke Ligna
Without prejudice, all natural inalienable rights reserved

LAW 553-OK-ARB-eps 7/19

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

DEAL# 181727
CUST# 232611

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller Creditor (Name and Address) |
|---|---|---|
| BILLY N RUSHING<br>PO BOX 682<br>WYNNEWOOD OK 73098<br>GARVIN | MAE RUSHING<br>1000 NW 105TH ST APPT 217<br>OKC OK 73114<br>OKLAHOMA | HUDIBURG CHEVROLET<br>6000 TINKER DIAGONAL<br>MIDWEST CITY, OK 73110 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2017 | JEEP Cherokee | 88646 | 1C4PJLCB7HW586294 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 20.12 % | $ 10421.76 | $ 14010.00 | $ 24431.76 | $ 24431.76 |

(e) means an estimate

"Exhibit A"

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 339.33 | Monthly beginning 04/18/2020 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 26.00 or 5 % of the part of the payment that is late, whichever is greater.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A _____ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract. Any insurer issuing VSI insurance waives its rights to subrogation against the buyer.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _Billy N Rushing_   Co-Buyer Signs X _Mae Rushing_

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X _Billy N Rushing_ Co-Buyer Signs X _Mae Rushing_
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

74502*1*CHEV-FI

03/04/2020  06:25 pm

Buyer Signs X _Billy N Rushing_ Co-Buyer Signs X _Mae Rushing_

LAW 553-OK-ARB-eps 7/19 v1   Page 1 of 5

| # | ITEMIZATION OF AMOUNT FINANCED | | | |
|---|---|---|---|---|
| 1 | Cash Price (including $ ___N/A___ sales/excise tax) | | $ 12900.00 | (1) |
| 2 | Total Downpayment = | | | |
| | Trade-In ___N/A___ | | | |
| | (Year)        (Make)        (Model) | | | |
| | Gross Trade-In Allowance | $ N/A | | |
| | Less Pay Off Made By Seller | $ N/A | | |
| | Equals Net Trade In | $ N/A | | |
| | + Cash | $ N/A | | |
| | + Other ___N/A___ | $ N/A | | |
| | + Other ___N/A___ | $ N/A | | |
| | + Other ___N/A___ | $ N/A | | |
| | (If total downpayment is negative, enter "0" and see 4I below) | $ 0.00 | | (2) |
| 3 | Unpaid Balance of Cash Price (1 minus 2) | | $ 12900.00 | (3) |
| 4 | Other Charges Including Amounts Paid to Others on Your Behalf | | | |
| | (Seller may keep part of these amounts): | | | |
| | A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | | |
| | Life | $ N/A | | |
| | Disability | $ N/A | $ N/A | |
| | B Vendor's Single Interest Insurance Paid to Insurance Company | | $ N/A | |
| | C Other Optional Insurance Paid to Insurance Company or Companies | | $ N/A | |
| | D Optional Gap Contract | | $ 625.00 | |
| | E Official Fees Paid to Government Agencies | | | |
| | to N/A           for N/A | | $ N/A | |
| | to N/A           for N/A | | $ N/A | |
| | to N/A           for N/A | | $ N/A | |
| | F Government Taxes Not Included in Cash Price | | $ N/A | |
| | G Government License and/or Registration Fees | | $ 10.00 | |
| | FILING / LIEN | | $ N/A | |
| | H Government Certificate of Title Fees | | | |
| | I Other Charges (Seller must identify who is paid and describe purpose.) | | $ 0.00 | |
| | to N/A           for Prior Credit or Lease Balance | | $ 475.00 | |
| | to HUDIBURG CHEVROLET   for DOCUMENTATION FEE | | $ N/A | |
| | to N/A           for N/A | | $ N/A | |
| | to N/A           for N/A | | $ N/A | |
| | to N/A           for N/A | | $ N/A | |
| | to N/A           for N/A | | $ N/A | |
| | to N/A           for N/A | | $ N/A | |
| | to N/A           for N/A | | $ N/A | |
| | to N/A           for N/A | | $ 1110.00 | (4) |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 14010.00 | (5) |
| 5 | Amount Financed (3 + 4) | | | |

*ExhibitB* (handwritten, circled around $625.00)
*ExhibitC* (handwritten, circled around $475.00)

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before ___N/A___, Year ___N/A___. SELLER'S INITIALS ___N/A___

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___72___ Mos.    NSD    Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _Billy R Rushy_    _[signature]_

Returned Check Charge: You agree to pay a charge of $ __26.00__ if any check you give us is dishonored.

Buyer Signs X _Billy R Rushy_   Co-Buyer Signs X _[signature]_

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1 of this contract.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the Insurance you want and sign below:**
**Optional Credit Insurance**

☐ Credit Life:    ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:
Credit Life $ ___N/A___
Credit Disability $ ___N/A___
Insurance Company Name
___N/A___
Home Office Address
___N/A___

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐    ___N/A___        ___N/A___
     Type of Insurance    Term
Premium $ ___N/A___
Insurance Company Name
___N/A___
Home Office Address
___N/A___

☐    ___N/A___        ___N/A___
     Type of Insurance    Term
Premium $ ___N/A___
Insurance Company Name
___N/A___
Home Office Address
___N/A___

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X ___N/A___            ___N/A___
Buyer Signature           Date

X ___N/A___            ___N/A___
Co-Buyer Signature          Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS**

LAW 553-OK-ARB-eps 7/19 v1  Page 2

Exeter

June 13, 2022

Mae Rushing
1250 Merit Drive Apt # 6316
Dallas, Texas 75251

Re:     Fraudulent Documents
        Account Number: 1982330

Mae Rushing:

Exeter Finance LLC ("Exeter") does not accept the documents you sent, purporting to release your contractual responsibility regarding the 2017 Jeep Cherokee, VIN# 1C4PJLCB7HW566294("Vehicle") and account for which it stands as collateral security ("Account"). You will remain liable to Exeter under the Retail Installment Sale Contract- Simple Finance Charge signed with Hudiburg Chevrolet, assigned to Exeter ("Contract"), which remains intact until the Account is paid in full. Please note that falsely alleging that the Account is paid in full, when, in fact it is not, constitutes fraud.

Exeter hereby demands that you stop sending any further fraudulent documents or references to same in future communications. Should you fail to adhere to our request related to the fraudulent documents, be advised that Exeter will consider all rights and remedies available under applicable law, including without limitation the right to institute appropriate legal proceedings.

Included with this response is a copy of your executed Contract and a Statement of Account, showing all account activity through May 30, 2022. Exeter considers both documents to be a validation of debt, no additional documents will be provided.

Sincerely,

Exeter Finance LLC

Enclosure(s):   Retail Installment Contract
                Statement of Account
                Fraudulent Documents

## ATTENTION: Hudiburg Chevrolet/Exeter Finance

## RE: SSN _____447115077_____ CONSUMER CREDIT TRANSACTION Retail Installment Sale Contract Deal # 151727 Account Number 1982330

1. This Affidavit of Fact is **Pursuant to 15 U.S. Code § 1692 (a)(b)** which states that The Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. These abusive practices contribute to the invasions of individual privacy among other things which you **Hudiburg Chevrolet and Exeter Finance** are in violation as I never gave you my information directly;

2. I, a consumer in fact, agree with The Congress to eliminate abusive debt collection practices by debt collectors, and to promote consistent state action to protect consumers like me against debt collection abuses which you are attempting to do **Pursuant to 15 U.S. § Code 1692(e);**

3. Take Notice that **Pursuant to 15 U.S. Code § 1692a (2)** the term "communication" means the conveying of information regarding a debt directly or indirectly to any person through any medium and in this specific case you **Hudiburg Chevrolet and Exeter Finance** used email, postal service etc. to communicate indirectly with me a consumer who is defined **Pursuant to 15 § U.S. Code 1692a (3)** as any natural person allegedly obligated to pay any debt;

4. Take further notice that I am the true creditor **Pursuant to 15 U.S. Code § 1692a (4)** which clearly states that a creditor is any person who extends credit creating a debt therefore I, a consumer, created the debt via my extension of credit to **Hudiburg Chevrolet and Exeter Finance**;

5. Notice that under **15 U.S. Code § 1605**- Except as otherwise provided in this section, the amount of the finance charge in connection with any consumer credit transaction shall be determined as the **_sum of all charges_**, payable directly or indirectly by the person to whom the credit is extended and are aware that **Hudiburg Chevrolet and Exeter Finance** violated this right as shown in Exhibit (A) as the finance charge is not the sum of all charges.

6. You, **Hudiburg Chevrolet and Exeter Finance,** shall also know that Examples of charges which are included in the finance charge include any of the following types of charges which are applicable as stated **Pursuant to 15 U.S. Code § 1605 (c) Property damage and liability insurance premiums included in finance charge**, charges or premiums for insurance, written in connection with any consumer credit transaction, against loss of or damage to property or against liability arising out of the ownership or use of property, shall be included in the finance charge and are aware that you are in violation as this was not included in the finance charge as seen in Exhibit (b).

7. You are also in violation of **15 U.S. Code § 1605(a)** The finance charge does not include charges of a type payable in a comparable cash transaction (i.e. deposits or monthly payments).

8. You **Hudiburg Chevrolet and Exeter Finance** shall also know that the term debt defined under **15 U.S. Code § 1692a (5)** comprehensively states that it means any alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or

services which are the subject of the transaction are primarily for personal, family, or household purposes;

9. Notice that you are defined as a debt collector **Pursuant to 15 U.S. Code § 1692 (6)** which states that a debt collector is any person who uses any instrumentality of interstate commerce via mail and is engaged in the principal purpose of collecting debt which you are attempting to do by communicating with me without my prior consent in direct violation of **15 U.S. Code §1692c(a)(1);**

10. You **Hudiburg Chevrolet and Exeter Finance** are also in violation of **15 U.S. Code § 1692b (2)** which states that you may not state that I a consumer owes any debt. Furthermore, you have attempted to communicate with me on multiple occasion which is a violation of **15 U.S. Code § 1692b(3);**

11. You are also in violation of **15 U.S. Code § 1692e(2)(A)** by giving false representation of the amount of debt allegedly owed and the false representation or deceptive means to attempt to collect any debt **Pursuant to 15 U.S. Code § 1692e(10);**

12. Take further notice that **Pursuant to 15 U.S. Code § 1692e(9)** articulates that the use or distribution of any written communication which creates a false impression as to its source, authorization, or approval as you **Hudiburg Chevrolet and Exeter Finance** is stating that someone other than me a consumer in fact, is the creditor when I am the creditor **Pursuant to 15 U.S. Code § 1692a(4);**

13. I hereby Demand! That you **Hudiburg Chevrolet and Exeter Finance** cease and desist all communication and attempts to collect this alleged debt **Pursuant to 15 U.S. Code § 1692c(c);**

14. Take further notice that your failure to follow these laws will result in me invoking specified remedies **Pursuant to 15 U.S. Code § 1692c(3).**

*You have 10 days from the receipt of this notice to cease & desist all communication and remove all negative remarks from all three bureaus or I may seek damages Pursuant to 15 U.S. Code § 1692k(a)(1)(2)(A)(B)(3)(b)(1)(2)(d). Additionally I DO NOT consent to any automated scan response or e- Oscar verification methods.*

### TERMS DEFINED PURSUANT TO 15 U.S. CODE § 1692a

1. The term "**communication**" means the conveying of information regarding a <u>debt</u> directly or indirectly to any person through any medium.

2. The term "**consumer**" means any natural person obligated or allegedly obligated to pay any <u>debt.</u>

# POWER OF ATTORNEY/ARBITRATION AGREEMENT

# REVOCATION

06/18/2022

HUDIBURG CHEVROLET/ EXETER FINANCE COMPANY
ATTN: CEO/CFO/RA/Attorney General
2250 W John Carpenter FWY #100
Irving TX 7506377

Re: Deal # 151727
Transaction between **Mae Miekel L'gna Rushing** and **Exeter Finance**, dated March 04, 2020, involving note and security deed and secured by car property.

To Whom It May Concern:

I Mae Rushing, Affiant, do hereby revoke, rescind, annul, cancel, and extinguish all powers of attorney and powers of transfer, in fact or otherwise, and/or agencies, signed by me/us or otherwise, implied by law or otherwise, with or without my consent and/or knowledge, as it pertains to any and all absolute legal owner and possess title to any and all such property.

I Mae Rushing, hereby revoke any arbitration agreement in this consumer credit transaction

I, Mae Rushing, Natural Person represent myself concerning the car loan transaction which I entered into with Exeter Finance on MARCH,4th, 2020.

I, Mae Rushing, Natural Person have a present right to rescind the transaction for at least the following reason: I was not provided with the type of notice of my right of rescission under the Truth in Lending Act ("TILA"), 15 U.S.C. §1601 et seq., that is required by the Federal Law

1 The Rescission model forms in Regulation Z Appendices H-8 to H-9 are shorter and safer, simply providing:

I WISH TO CANCEL

_____      _____

Car owner's Signature Date 2 *See* discussion in § 10.6.2.2.



Page 1 of

Reserve Board for a refinancing with the same lender. I, Mae Miekel L'gna Rushing reserves all rights to raise additional or alternative grounds for rescission under state or federal law.

I am authorizing my right to rescind this transaction pursuant to 15 U.S.C. §1635, and Regulation Z, 12 C.F.R. §1026.23. This rescission is effective as to all aspects of the transaction, including all documents signed in connection therewith, and automatically and immediately places the parties in the status quo ante, i.e., in their pre-contractual positions, before the transaction was entered into.

You have twenty days after receipt of this letter to return all monies paid by me in this transaction and to take any action necessary to reflect the termination of any security interest created under the transaction. Please be advised that if you do not cancel the security interest and return all consideration paid to me within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received, so that I can determine the exact amount needed for tender.

If you wish to contact me regarding this matter, I can be reached at 469-578-6405.
Sincerely,


[Mae Rushing]


## JURAT

State of **Texas**   County of **Dallas**   On this **11th** day of **July**, 2022, before me, the undersigned notary public, personally appeared Last Name, First Name, proved to me through satisfactory evidence of identification to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief. **Rushing, Mae-Miekel L'gna**

(seal)

Notary Public Signature: **Yadira Quezada**
Your Name: **Yadira Quezada**
Address: **6451 E Northwest Hwy**
City, State Zip: **Dallas TX 75231**

YADIRA QUEZADA
Notary ID #132734120
My Commission Expires
October 16, 2024

Page 2 of



3. The term "*creditor*" means any person who offers or extends credit creating a *debt* or to whom a *debt* is owed, but such term does not include any person to the extent that he receives an assignment or transfer of a *debt* in default solely for the purpose of facilitating collection of such *debt* for another.

4. The term "*debt*" means any obligation or alleged obligation of a *consumer* to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

5. The term "*debt collector*" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any *debts,* or who regularly collects or attempts to collect, directly or indirectly, *debts* owed or due or asserted to be owed or due another. Notwithstanding the exclusion provided by clause (F) of the last sentence of this paragraph, the term includes any *creditor* who, in the process of collecting his own *debts*, uses any name other than his own which would indicate that a third person is collecting or attempting to collect such *debts.* For the purpose of *section 1692f(6) of this title*, such term also includes any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the enforcement of security interests.

6. The term "*location information*" means a *consumer*'s place of abode and his telephone number at such place, or his place of employment.

## JURAT

State of **Texas** County of **Dallas** On this **11th** day of **July**, 2022, before me, the undersigned notary public, personally appeared Last Name, First Name, proved to me through satisfactory evidence of identification to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief. **Rushing, Mae-Miera L'gna**

(seal)

Notary Public Signature: *[signature]*
Your Name: **Yadira Quezada**
Address: **6451 E Northwest Hwy**
City, State Zip: **Dallas TX 75231**

YADIRA QUEZADA
Notary ID #132734120
My Commission Expires
October 16, 2024

Default and Opportunity to Cure

Mae Rushing
12500 Merit Dr Apt 6316 Dallas Texas 75251

to

CEO of Exeter Finance
Jason Grubbs  2250 W John Carpenter
Fwy #100 Irving TX 75

Dear Exeter Finance

You have defaulted by not rebutting my affidavit with an affidavit and I am now granting you the opportunity to cure it by giving me my said remedy in my initial communication. Return all payments made toward this alleged debt and grant me my title lien free. Failure to comply within 5 days of this notice I will continue and proceed to take legal action and here is what I will be presenting. How you Exeter Finance are in violation of 15 USC 1605 - as the finance charge is the sum of all charges and I was charged a gap fee as well as documentation fee. That is 3 violations alone. As well as each violation stated in the affidavit of fact which is $10,000 of actual violations that is in the Fair Debt Collection Practices Act. I will also be seeking 70,000 for emotional damages and stress that you have caused me and not only myself but my family as well.

You are also in violation of 15 USC 1635 as well as 15 USC 6802. I have all proof and evidence to show that you have violated my federally protected consumer rights. This is my last attempt rectifying this situation. If this is not rectified within (5) days of this letter. I will continue to proceed with litigation.

Rushing-Mire-Miller Cyma Beneficiary
ALL Natural Inalienable Rights Reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gexter Finance
   2250 W John Carpenter
   FWY #100
   Irving TX 75063

9590 9402 7473 2055 3936 55

2. Article Number (Transfer from service label)

7022 0410 0000 1282 8214

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Grupo Jason Wade
   2101 W John Carpenter
   FWY
   Irving TX 75063

9590 9402 7473 2055 3936 24

2. Article Number (Transfer from service label)

7022 0410 0000 1284 1770

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  7/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Exeter Finance
    2250 W John Carpenter
    Fwy #100
    Irving TX 75063

9590 9402 7473 2055 3858 10

2. Article Number (Transfer from service label)

    7022 0410 0000 1282 8290

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   6/26

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7022 0410 0000 1283 8565

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees  $

Sent To Exeter - Default and Option
Street and Apt. No., or PO Box No.
City, State, ZIP+4

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED AUG - 5 2022 MS CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3-22CV1704-G

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / PERSONAL PROPERTY / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / [X] 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / Other: 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Title 15

Brief description of cause: Violations in Truth In Lending

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 25,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____