ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

2022 AUG -5  PM 4: 05

DEPUTY CLERK __MS__

Mae Rushing
Plaintiff

v.

Exeter Finance ~~LLC~~
Defendant

3-22CV-1704-G

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

| | |
|---|---|
| Date: | August 5th 2022 |
| Signature: | /s/ Mae Rushing |
| Print Name: | Mae Rushing |
| Bar Number: | |
| Address: | 12500 Merit Dr Apt 6316 |
| City, State, Zip: | Dallas Texas 75251 |
| Telephone: | 682-337-1143 |
| Fax: | |
| E-Mail: | maerushing01@gmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.